**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Robert Renzo, Appellant.

Appellate Case No. 2012-209193

Appeal From Oconee County
Alexander S. Macaulay, Circuit Court Judge

Unpublished Opinion No. 2013-UP-450
Submitted November 1, 2013 – Filed December 11, 2013

**APPEAL DISMISSED**

Chief Appellate Defender Robert Michael Dudek, of Columbia, for Appellant.

Matthew C. Buchanan, of the South Carolina Department of Probation, Parole & Pardon Services, of Columbia, for Respondent.

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, GEATHERS, and LOCKEMY, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.